10986/07

SHELLY ANN CAIN-SMILEY

Plaintiff(s)/Petitioner(s)

Calendar No

against

AFFIDAVIT
OF
SERVICE

THE AVONDALE Group LLC Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF: USSDNY ss.: RICHARD BLUM 1123 Yonkers Ave
The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Yonkers NY 10704

On 12/21/07 at 10:30 A.M., at 295 Greenwich Street NYC NY 10007
deponent served the within
☐ summons   ☐ with notice   ☐ summons, Spanish summons and complaint, the language
☐ summons and complaint   ☐ notice of petition and petition   required by NYCRR 2900.2(e), (f) & (h) was set forth on
☐ subpoena duces tecum   ☐ subpoena   on the face of the summons(es)
☐ citation   ☒ Complaint

on AVONDALE Group LLC (PMB 187)   ☒ defendant   ☐ witness   hereinafter called   therein
                                    ☐ respondent   the recipient   named

INDIVIDUAL 1. ☒ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

CORPORATION 2. ☒ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

DESCRIPTION
☒ ☒ Male   ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☒ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
          ☐ Brown Skin   ☐ Gray Hair    ☐ Beard     ☐ 51-65 Yrs.  ☒ 5'9"-6'0" ☐ 161-200 Lbs.
          ☐ Red Skin     ☐ Red Hair     ☐ Glasses   ☐ Over 65 Yrs. ☐ Over 6'  ☒ Over 200 Lbs.

Other identifying features: Public MAIL Box 187 MAIL BOX ETC

WITNESS FEES ☐ $ _____ the authorizing traveling expenses   ☐ was paid (tendered) to the recipient
                   and one days' witness fee:                   ☐ was mailed to the witness with subpoena copy.

MILITARY SERVICE ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
21 Day of [signature]

ROBERT DAVID GOODSTEIN
Notary Public, State of New York
No. 4753034
Qualified in Westchester County
Term Expires Jan. 31, 2010

[signature]
1298677
License No.

1-47—Affidavit of service multi-purpose form, 10 pt. type, 1-95

© 1976 BY JULIUS BLUMBERG, INC. PUBLISHER NYC 10013