Shelly Ann-Cain Smiley

Plaintiff(s)/Petitioner(s)

against

Avondale Group LLC

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

Calendar No. 10986/07

STATE OF NEW YORK, COUNTY OF: ss.: Richard Blum   1183 Yonkers Ave   Yonkers NY 10704

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at [above address].

On 1/4/08 at 11:49 AM, at 3718 H. Hudson Pkwy Riverdale NY, deponent served the within:
- [ ] summons
- [ ] with notice
- [ ] summons and complaint
- [ ] notice of petition and petition
- [ ] subpoena duces tecum
- [ ] subpoena
- [ ] citation
- [ ] summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

on **LYSIMA JOHNSON (receptionist)**
- [x] defendant
- [ ] witness
- [ ] respondent

hereinafter called the recipient therein named

**INDIVIDUAL** 1. [x] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION** 2. [ ]

**SUITABLE AGE PERSON** 3. [ ]

**AFFIXING TO DOOR, ETC.** 4. [ ]

**MAILING TO RESIDENCE** 5A. [ ]

**MAILING TO BUSINESS** 5B. [ ]

**DESCRIPTION** [x]
- [ ] Male   [x] Female
- [ ] White Skin   [x] Black Skin   [ ] Yellow Skin   [ ] Brown Skin   [ ] Red Skin
- [x] Black Hair   [ ] Brown Hair   [ ] Blonde Hair   [ ] Gray Hair   [ ] Red Hair
- [ ] White Hair   [ ] Balding   [ ] Mustache   [ ] Beard   [x] Glasses
- [ ] 14-20 Yrs.   [ ] 21-35 Yrs.   [x] 36-50 Yrs.   [ ] 51-65 Yrs.   [ ] Over 65 Yrs.
- [ ] Under 5'   [ ] 5'0"-5'3"   [x] 5'4"-5'8"   [ ] 5'9"-6'0"   [ ] Over 6'
- [ ] Under 100 Lbs.   [ ] 100-130 Lbs.   [ ] 131-160 Lbs.   [x] 161-200 Lbs.   [ ] Over 200 Lbs.

**WITNESS FEES** $ 

**MILITARY SERVICE**

Sworn to before me on 8th day of January 2008

ROBERT DAVID GOODSTEIN
Notary Public, State of New York
No. 4753034
Qualified in Westchester County
Term Expires Jan. 31, ~~199~~ 2010

License No. 1248677

147—Affidavit of service, multi-purpose form, 10 pt. type, 1-93   © 1978 BY JULIUS BLUMBERG, INC., PUBLISHER NYC 10013