UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

SHELLYANN CAIN-SMILEY                    :
Individually and on behalf of
others similarly situated,                      :          Docket No.: 07 cv 10986
                                                                        (MGC)
                                        Plaintiff,          :

                                                                        **STIPULATION**
    - against -                                         :

THE AVONDALE GROUP, LLC and LORNA   :
GRAZIO individually and as an officer of the Avondale
Gourp, LLC,                                          :

                                        Defendants.
-------------------------------------------------------- X

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the parties, that defendants' time to answer, move or otherwise respond to the

complaint is extended until March 21, 2008.

Dated: New York, New York
          February 28, 2008

**ROBERT DAVID GOODSTEIN, ESQ.**          **WILSON, ELSER, MOSKOWITZ,**
Attorney for Plaintiff                                  **EDELMAN & DICKER LLP**
56 Harrison Street, Suite 401                      Attorneys for Defendants
New Rochelle, New York 10801                  150 East 42nd Street
(914) 632-8382                                          New York, New York 10017
                                                                (212) 490-3000

By: _____              By: _____
    Robert David Goodstein, Esq.                   Laura E. Evangelista [LEE-4770]
    [RDG-5443]                                          Jennifer A. Yasko, Esq. [JAY-4034]