UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHELLYANN CAIN-SMILEY Individually
and on behalf of others similarly situated,   :   DOCKET NO.: 07 CV 10986 (MGC)
:
Plaintiff,   :
:
- against -   :   NOTICE OF APPEARANCE
:
THE AVONDALE GROUP, LLC and LORNA :
GRAZIO individually and as an officer of   :
the Avondale Group, LLC,   :
:
Defendant.   :
------------------------------------------------------------ x

PLEASE TAKE NOTICE, that the above named defendants, **THE AVONDALE GROUP, LLC and LORNA GRAZIO individually and as an officer of the Avondale Group, LLC,** hereby appear(s) in the above entitled action, and that the undersigned has been retained as attorneys for said defendants. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

Jennifer A. Yasko [JAY-4034]
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
150 East 42nd Street
New York City, New York 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038

Dated:   New York, New York
March 24, 2008

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
Jennifer A. Yasko [JAY-4034]
Attorneys for All Defendants
150 East 42nd Street
New York, New York 10017
(212) 490-3000
Our File No.: 09140.00008

3167043.1

To: Robert David Goodstein, Esq.
**Attorney for Plaintiff**
56 Harrison Street
Suite 401
New Rochelle, New York 10801