

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SHELLYANN CAIN-SMILEY                                        :
Individually and on behalf of
others similarly situated,                                   :   Docket No.: 07 cv 10986
                                                             :        (MGC)
                        Plaintiff,                           :
                                                                 STIPULATION
     - against -                                             :

THE AVONDALE GROUP, LLC and LORNA                            :
GRAZIO individually and as an officer of the Avondale
Gourp, LLC,                                                  :

                        Defendants.
------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that defendants' time to answer, move or otherwise respond to the complaint is extended until May 21, 2008.

Dated: New York, New York
       March 20, 2008

ROBERT DAVID GOODSTEIN, ESQ.         WILSON, ELSER, MOSKOWITZ,
Attorney for Plaintiff                EDELMAN & DICKER LLP
56 Harrison Street, Suite 401         Attorneys for Defendants
New Rochelle, New York 10801          150 East 42nd Street
(914) 632-8382                        New York, New York 10017
                                      (212) 490-3000

By: _____         By: _____
    Robert David Goodstein, Esq.          Jennifer A. Yasko, Esq. [JAY-4034]
    [RDG-5443]

3157932.1