

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SHELLYANN CAIN-SMILEY
Individually and on behalf of
others similarly situated,

                      Plaintiff,

- against -

THE AVONDALE GROUP, LLC and LORNA
GRAZIO individually and as an officer of the Avondale
Gourp, LLC,

                      Defendants.
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

Docket No.: 07 cv 10986
(MGC)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that defendants' time to answer, move or otherwise respond to the complaint is extended until May 21, 2008.

Dated: New York, New York
       March 20, 2008

ROBERT DAVID GOODSTEIN, ESQ.
Attorney for Plaintiff
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382

By: _____
Robert David Goodstein, Esq.
[RDG-5443]

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
150 East 42nd Street
New York, New York 10017
(212) 490-3000

By: _____
Jennifer A. Yasko, Esq. [JAY-4034]

So ordered,
March 25, 2008

S/ _____
United States District Judge

3157932.1